**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-MJ-02637-SANCHEZ**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**HAVA YFRAH AUSTIN,**

    **Defendant.**

                                      /

## NOTICE OF LIMITED APPEARANCE

**COMES NOW**, Leah H. Mayersohn, Esq., of the MAYERSOHN LAW GROUP, P.A.,

and files this *Notice of Limited Appearance,* as counsel of record in the above-styled cause for,

and on behalf of Defendant, **HAVA YFRAH AUSTIN**, and requests that all pleadings, motions,

notices, and orders in this cause be forwarded to the undersigned at the address stated below.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of April, 2025, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.

           /s/ Leah H. Mayersohn
           Leah H. Mayersohn, Esq. FBN: 0009059
           Mayersohn Law Group, P.A.
           500 East Broward Blvd., Suite 1580
           Ft. Lauderdale, Florida 33394
           (954) 765-1900
           service@mayersohn.law
           *Attorney for Defendant*