# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D**                    Date: 4/2/2025      Time: 11:00a.m.

Defendant: Hava Yfrah Austin (J)          J#: 70589-511    Case #: 25-mj-2637-EIS

AUSA: Jon Milton Juenger                          Attorney: Michael Liss, Esq.

Violation: WIRE FRAUD

Proceeding: Initial Appearance                    CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond: Pretrial Detention

Bond Set at: $250,000 PSB                     Co-signed by: Michael Austin and Ayalla Munoz

☑ Surrender and/or do not obtain passports/travel docs

Language: English

☑ Report to PTS as **directed**/or _____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses

☑ No firearms

☑ Not to encumber property

☑ May not visit transportation establishments

☑ Home Confinement/Electronic Monitoring and/or
   **Curfew** _6_ pm to _6_ am, paid by Defendant

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel extended to: SDFL

☑ Other: Must reside at address provided on the record

**Disposition:**

Defendant present and advised of rights and charges.

Defendant has retained private counsel, Michael Liss, Esq., present in court. Notice of Appearance to be filed by end of day.

**Court accepts and set recommended bond.**

Defendant released.

**Brady Order entered**

---

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:          Place:

Report RE Counsel: 4/23/2025 at 10:00am MIA DUTY

PTD/Bond Hearing:

**Prelim/Arraign** or Removal: 4/23/2025 at 10:00am MIA DUTY

Status Conference RE:

D.A.R. 11:00:09                                    Time in Court: 25 minutes

**CHECK IF APPLICABLE:** ___For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____ shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..