# COURT MINUTES

Page 1

## Magistrate Judge Marty F. Elfenbein

**Atkins Building Courthouse - 5th Floor**   Date: 4/23/25   Time: 10:00 a.m.

Defendant: Hava Yfrah Austin   J#: (Bond)   Case #: 25-mj-2637-Sanchez

AUSA: Jon Juenger   Attorney: Michael Liss (TEMP)

Violation: Wire Fraud

Proceeding: Report RE: Counsel   CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:

Bond Set at: $250 Psb   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs   Language: English

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services _____
   Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
   Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

**Disposition:**

*Brady order given on 4/2/25*

**P/A set 6/6/25**

Defense ore tenus motion to contiue

Report RE: Counsel hearing -GRANTED-.

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

**Report RE Counsel:** 6/4/2025   10:00am   **Duty**   **Miami**

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. **10:15:24**   Time in Court: **3 mins**