**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CR-20239-CMA**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**HAVA YFRAH AUSTIN,**

    **Defendant.**
_____/

**NOTICE OF PERMANENT APPEARANCE**

    **COMES NOW**, Leah H. Mayersohn, Esq., of the MAYERSOHN LAW GROUP, P.A., and files this *Notice of Permanent Appearance,* as counsel of record in the above-styled cause for, and on behalf of Defendant, **HAVA YFRAH AUSTIN**, to represent her at trial, and requests that all pleadings, motions, notices, and orders in this cause be forwarded to the undersigned at the address stated below.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 3rd day of June, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                        /s/ Leah H. Mayersohn
                                                        Leah H. Mayersohn, Esq. FBN: 0009059
                                                        Mayersohn Law Group, P.A.
                                                        500 East Broward Blvd., Suite 1580
                                                        Ft. Lauderdale, Florida 33394
                                                        (954) 765-1900
                                                        service@mayersohn.law
                                                        *Attorney for Defendant*