# COURT MINUTES

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-4**                         Date: 6/6/2025    Time: 10:00 a.m.

| | |
|---|---|
| Defendant: Have Yfrah Austin | J#: BOND   Case #: 25-CR-20239-ALTONAGA/REID |
| AUSA: John Younger | Attorney: Leah Mayersohn (PERM) |
| Violation: Wire Fraud; Making & Subscribing a False Return | |
| Proceeding: Arraignment on Information; Waiver of Indictment | CJA Appt: |
| Bond/PTD Held: ☐ Yes ☐ No | Recommended Bond: |
| Bond Set at: $250K PSB | Co-signed by: |

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: English

**Disposition:**
Brady Order given 4/2/25
The Defendant appeared via Zoom. The defendant was sworn and advised of rights and charges. Waiver of Indictment executed. Defendant arraigned. Defendant's Ore Tenus request for entry of the Standing Discovery Order – Granted. All further hearings with Chief Judge Altonaga.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. 10:12:03 / EFD_01_6/6/25                             Time in Court: 13 mins