AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 25-CR-20239-ALTONAGA/REID |
| | ) | |
| Hava Yfrah Austin, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/5/2025

DocuSigned by:
*Hava Austin*
732E3BFF2CF0499...
*Defendant's signature*

*Signature of defendant's attorney*

Michael J. Liss (FBN 659061)

*Printed name of defendant's attorney*

*Ellen D'Angelo*
*Judge's signature*

Ellen D'Angelo
*Judge's printed name and title*