UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20239-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**HAVA YFRAH AUSTIN**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Defendant's Unopposed Motion for Exoneration of Bond [ECF No. 59]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Bond previously entered to secure the appearance of Defendant, Hava Austin, is exonerated. The Clerk of Court shall reconvey the property of the surety located as follows:

    Name of Surety: Ayalla Munoz

    Address: 7361 SW 16 Street, Plantation, FL 33317-4963

**DONE AND ORDERED** in Miami, Florida, this 31st day of October, 2025.

_[signature]_
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record